UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHARON D. LEWIS,

        Plaintiff(s),                      CASE NO. 12-11851

v.

                                          HONORABLE GERALD E. ROSEN

DETROIT PUBLIC SCHOOLS, et al.,

        Defendant(s).
_____/

**ORDER CONSTRUING MOTION FOR LEAVE TO APPEAL (DOC. 56)
AS AN OBJECTION TO THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION (DOC. 50)**

On May 15, 2013, Plaintiff filed a Motion for Leave to Appeal (Doc. 56) which appears to be an objection to the Magistrate Judge's May 6, 2013, Report and Recommendation (Doc. 50). In addition, plaintiff also filed a Notice of Appeal to the Sixth Circuit Court of Appeals (Doc. 57), appealing an unspecified order. The Notice of Appeal is premature as a report and recommendation is not appealable to the Sixth Circuit Court of Appeals and a final order has not yet been entered in this matter. Therefore,

IT IS ORDERED that as the Court has not yet entered an order adopting the Magistrate Judge's Report and Recommendation, the Court shall construe the motion as an objection.

SO ORDERED.

Dated: August 1, 2013                      s/Gerald E. Rosen
                                                             Chief Judge, United States District Court

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 1, 2013, by electronic and/or ordinary mail.

                                                             s/Julie Owens
                                                             Case Manager, (313) 234-5135