UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHARON D. LEWIS,

       Plaintiff,

v.

       Case No. 12-11851
       Hon. Gerald E. Rosen
       Magistrate Judge Laurie J. Michelson

DETROIT PUBLIC SCHOOLS and
DEBORAH JENKINS,

       Defendants.
_____/

## JUDGMENT OF DISMISSAL

      At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     October 28, 2013

      PRESENT: Honorable Gerald E. Rosen
                      Chief Judge, United States District Court

    The Court having this day entered an opinion and order adopting the Magistrate Judge's May 6, 2013 and September 23, 2013 Reports and Recommendations, granting in part Defendants' motion to dismiss Plaintiff's third amended complaint, and declining to exercise supplemental jurisdiction over Plaintiff's remaining state-law claims,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case be, and hereby is, DISMISSED. This dismissal is with prejudice as to the federal claims asserted in Plaintiff's third amended complaint, and is otherwise without prejudice.

        s/Gerald E. Rosen
        Chief Judge, United States District Court

Dated: October 28, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 28, 2013, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5135